IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEITH HOPKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. CATE, et al.,**<br><br>Defendants. | CV 12 3719 (CRB)<br><br>[~~Proposed~~] **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO OPPOSITION TO DISPOSITIVE MOTION**<br><br>Judge: The Honorable Charles R. Breyer<br>Trial Date: n/a<br>Action Filed: July 16, 2012 |

For good cause appearing, Defendants' request for an extension of time to file a reply to Hopkins's opposition to Defendants' motion to dismiss up to and including May 30, 2013, or fourteen days after Hopkins files and serves his opposition, whichever is later is GRANTED. Defendants shall file a reply brief no later than fourteen days after the date Plaintiff's opposition is filed and served upon them or by May 30, 2013, whichever date is later.

IT IS SO ORDERED.
Dated: 4/23/2013

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

1

[Proposed] Order Grant'g Defs.' Mot. Extension Time File Reply Opp'n Mot. Dismiss (CV 12 3719 (CRB))