IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON L. MARKS, AKO-969, ) | |
| ) | |
| Plaintiff(s), ) | No. C 13-1237 CRB (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| SAN LEANDRO POLICE DEP'T, et al., ) | (Docket # 2) |
| ) | |
| Defendant(s). ) | |
| ) | |

     Plaintiff has filed a letter asking to "w/draw my civil lawsuit" which the court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before the defendants serve an answer or a motion for summary judgment leaves no role for the court to play).

     The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  April 24, 2013

                                 CHARLES R. BREYER
                                 United States District Judge

G:\PRO-SE\CRB\CR.13\Marks, R.13-1237.dismissal.wpd